UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| COLONY INSURANCE COMPANY, | § |
| *Plaintiff*, | § |
| v. | § CIVIL ACTION H-17-886 |
| HEARTS WITH HOPE FOUNDATION, | § |
| *Defendant*. | § |
| and | § |
| TEXAS MUTUAL INSURANCE COMPANY, | § |
| *Intervenor*. | § |

### CONDITIONAL ORDER OF DISMISSAL

Having been advised that a settlement has been reached between all parties, the Court dismisses this case without prejudice to reinstatement of all claims if any party represents to the Court within sixty days from the date of this order that the settlement could not be completely documented. The court retains jurisdiction over any settlement agreements.

Signed at Houston, Texas on August 13, 2018.

_____
Gray H. Miller
United States District Judge